■ In the Matter of MICHAEL P. EASLEY, JR., Appellant, v KIARA L. RAMOS, Respondent. [48 NYS3d 918]—Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered May 11, 2015 in a proceeding pursuant to Family Court Act article 6. The order granted the petition for visitation only to the extent of permitting correspondence.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Peradotto, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.